CENTER FOR DISABILITY ACCESS
Prathima Price, Esq., SBN 321378
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (858) 375-7385;
Fax: (888) 422-5191
prathimap@potterhandy.com

Attorney for Plaintiff

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*12/5/2022*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mary Rios,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**FELCOR/CSS Holdings, L.P.,** a Delaware Limited Partnership; **FELCOR/CSS Hotels, LLC**, a Delaware Limited Liability Company,<br><br>    **Defendants.** | Case: 4:21-cv-00271-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

### STIPULATION

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that Plaintiff hereby dismisses the entire action with prejudice; each party to bear his/her/its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 2, 2022 | CENTER FOR DISABILITY ACCESS |
| 3 | | |
| 4 | | By: /s/ *Prathima Price* |
| 5 | | Prathima Price, Esq. |
| 6 | | Attorney for Plaintiff |
| 7 | | |
| 8 | Dated: December 2, 2022 | SEYFARTH SHAW LLP |
| 9 | | |
| 10 | | By: /s/ Myra B. Villamor |
| 11 | | Myra B. Villamor, Esq. |
| | | Attorney for Defendants |

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in its contents and have authorized the filing.

Dated: December 2, 2022                 CENTER FOR DISABILITY ACCESS

                                                By:  */s/ Prathima Price*
                                                        Prathima Price
                                                        Attorney for Plaintiff